DATE 11/24/15

LOCATION Plano

JUDGE Don D. Bush

DEPUTY CLERK Toya McEwen

COURT REPORTER: Digital Recording

USPO ______

INTERPRETER: ______

BEGIN 10:49 am

CASE NUMBER 4:15mj472 DDB

USA ______ Assigned

VS Jay Combs Appeared

KELLI NICOLE DRAKE

Defendant

Robert Arrambide - limited purposed of Rule 5 hrgs.

Attorney

FILED

NOV 24 2015

Clerk, U.S. District Court
Texas Eastern

---

☑ Initial Appearance on Rule 5 Indictment - **Western District of Michigan**

☐ ______

---

☑ Hearing Held ☐ Hearing Called

☑ Defendant appears: ☐ with counsel ☑ w/o counsel ☐ pro se ☐ Counsel appeared on behalf of defendant

☑ Appears on: ☐ Complaint ☑ Indictment ☑ Court read Rule 20.

☑ Defendant is person named in the ☐ Complaint ☑ Indictment

Appears on: ☐ Complaint ☑ Indictment

☑ Date of arrest: 11/24/15 Self surrender or ☐ from other District: (dist & case #) 1:15cr205 PLM

☑ Dft ☑ advised of charges ☐ advised of maximum penalties ☑ advised of right to remain silent;

☑ advised of right to counsel ☐ received copy of complaint/indictment

☐. Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ Federal Public Defender

Attorney: ______

☑ Dft advises the Court that he/she ☐ has counsel who is Brian Linen (Michigan) or, ☐ will hire counsel.

☐ If dft cannot retain counsel, the court is to be advised within ______ days so counsel may be appointed.

☐ Dft Requests appointed counsel, is sworn & examined re: financial status.

☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.

☐ ______ appointed ☐. U.S. Pub Defender ______ appointed

☐ Preliminary Hearing requested ☐ Defendant waives prelim. hearing

☐ Defendant signs Waiver of Rule 5 and 5.1 Hearings

☑ Court allowed Dft to remain on COR until Monday 11-30-15 @ 8:00 am - Rule 5 hearing reset before Judge Bush.

☐ Defendant waives identity hearing

☐ Defendant waives preliminary hearing

☐ Defendant waives identity hearing but requests preliminary hearing to be held in prosecuting district

☐ Deft. waives detention hearing.

☐ Preliminary Hearing set for ______.

☐ Gvt motion for dtn ☐ Oral

☐ Dft bond ☐ set ☐ reset to $______ ☐ cash ☐ surety ☐ 10 % ☐ PR ☐ unsecured

☐ Bond continued ☐ previous bond $ ______ type ______ ☐ other case No. ______

☐ Order setting conditions of release ☐ Bond executed, dft released; ☐ Not executed at this time

☐ Dft ordered to answer in prosecuting district

☐ Order of Detention ☐ Temp Detention Pndg Hearing

☐ Dft signed Waiver of Detention Hearing and remanded to custody of U.S. Marshal. ☐ Dft ordered removed to Originating District

☐ Defendant remanded to USM.

CRIM 92-116 ☐ See reverse/attached for additional proceedings 10:58 am Adjourn