# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED
NOV 24 2015
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | Criminal No 4:15mj472DDB |
| | § | |
| | § | |
| KELLIE NICOLE DRAKE | § | |

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Because the interests of justice so require, the Federal Public Defender, is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed or retained.

Signed the 24th day of November, 2015.

Don D. Bush
United States Magistrate Judge