DATE 11/30/15
LOCATION Plano
JUDGE Don D. Bush
DEPUTY CLERK Toya McEwen
COURT REPORTER: Digital Recording
USPO Tiffany Routh
INTERPRETER: ____
BEGIN 10:44 am

CASE NUMBER 4:15mj472 DDB
USA ____ Assigned
VS Ernest Gonzalez Appeared

KELLI NICOLE DRAKE
Defendant

Robert Arrambide, FD
Attorney

FILED
NOV 30 2015
Clerk, U.S. District Court
Texas Eastern

---

☑ Bond Hearingt on Rule 5 Indictment - **Western District of Michigan**
☐ ____

---

☐ Hearing Held ☐ Hearing Called

☐ Defendant appears: ☐ with counsel ☐ w/o counsel ☐ pro se ☐ Counsel appeared on behalf of defendant

☐ Appears on: ☐ Complaint ☐ Indictment

☐ Defendant is person named in the ☐ Complaint ☐ Indictment
Appears on: ☐ Complaint ☐ Indictment

☐ Date of arrest: 11/24/15 Self surrender or ☐ from other District: (dist & case #) 1:15cr205 PLM

☐ Dft ☐ advised of charges ☐ advised of maximum penalties ☐ advised of right to remain silent;
☐ advised of right to counsel ☐ received copy of complaint/indictment

☐ . Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ Federal Public Defender
Attorney: ____

☐ Dft advises the Court that he/she ☐ has counsel who is ____ or, ☐ will hire counsel.

☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.

☐ Dft Requests appointed counsel, is sworn & examined re: financial status.

☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.

☐ ____ appointed ☐. U.S. Pub Defender ____ appointed

☐ Preliminary Hearing requested ☐ Defendant waives prelim. hearing

☐ Defendant signs Waiver of Rule 5 and 5.1 Hearings
☐ Defendant waives identity hearing
☐ Defendant waives preliminary hearing
☐ Defendant waives identity hearing but requests preliminary hearing to be held in prosecuting district

☐ Deft. waives detention hearing.

☐ Preliminary Hearing set for ____.

☐ Gvt motion for dtn ☐ Oral

☐ Dft bond ☐ set ☐ reset to $____ ☐ cash ☐ surety ☐ 10 % ☐ PR ☐ unsecured

☐ Bond continued ☐ previous bond $ ____ type ____ ☐ other case No. ____

☐ Order setting conditions of release ☐ Bond executed, dft released; ☐ Not executed at this time

☐ Dft ordered to answer in prosecuting district

☐ Order of Detention ☐ Temp Detention Pndg Hearing

☐ Dft signed Waiver of Detention Hearing and remanded to custody of U.S. Marshal. ☐ Dft ordered removed to Originating District

☐ Defendant remanded to USM.

CRIM 92-116 ☐ See reverse/attached for additional proceedings 10:44 am Adjourn