FILED
NOV 30 2015
Clerk, U.S. District Court
Texas Eastern

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America
v.
KELLI NICOLE DRAKE
*Defendant*

Case No. 4:15mj472 DDB

Charging District: Western / Michigan
Charging District's Case No. 1:15cr205 PLM

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: U. S. Courthouse, 580 Federal Bldg<br>110 Michigan St, N. W.<br>Grand Rapids, MI 49503<br>before U. S. Magistrate Judge Ray Kent | Courtroom No.: |
| | Date and Time: Monday, Dec. 21, 2015 at 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Nov 30, 2015

[signature]
*Judge's signature*

Don D. Bush, U. S. Magistrate Judge
*Printed name and title*